# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DANTAY YVETTE BLACKWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:16-cv-03160 |
| ) | Judge Aleta A. Trauger |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the court are plaintiff Dantay Yvette Blackwell's Objections (Doc. No. 20) to the magistrate judge's Report and Recommendation (Doc. No. 19), recommending that the plaintiff's *pro se* motion for judgment on the administrative record (Doc. No. 16) be denied and that the Social Security Administration's denial of benefits be affirmed.

As set forth in the accompanying Memorandum, the Objections (Doc. No. 20) are **OVERRULED**, and the court **ACCEPTS and ADOPTS** the Report and Recommendation (Doc. No. 19). Accordingly, the plaintiff's motion (Doc. No. 16) is **DENIED**, and the Social Security Administration's decision is **AFFIRMED**.

This Order constitutes the final Order in this case for purposes of Fed. R. Civ. P. 58.

It is so **ORDERED**.

ENTER this 8th day of February 2018.

_____
ALETA A. TRAUGER
United States District Judge